UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, the Commonwealth of MASSACHUSETTS, VIRGINIA, and the DISTRICT OF COLUMBIA, and XYZ Nos. 1-10 Insurance Companies, *ex rel.*, TOBY TRAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC., GOOD HEALTH, INC. D/B/A PREMIER PHARMACY SERVICES,<br><br>Defendants. | Civil Action No. 17-1183<br><br>Trial Date: None set |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE THE PROPOSED THIRD AMENDED COMPLAINT

**AND NOW**, this ___ day of June 2021, upon consideration of the Unopposed Motion for Leave to File the Proposed Third Amended Complaint, **IT IS HEREBY ORDERED AND DECREED** that Plaintiff-Relator shall file the Third Amended Complaint, and that any responsive pleadings thereto shall be filed in accordance with the Court's April 21, 2021 Scheduling Order (ECF No. 36).

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, the Commonwealth of MASSACHUSETTS, VIRGINIA, and the DISTRICT OF COLUMBIA, and XYZ Nos. 1-10 Insurance Companies, *ex rel.*, TOBY TRAVIS, <br><br>       Plaintiffs, <br><br> v. <br><br>GILEAD SCIENCES, INC., GOOD HEALTH, INC. D/B/A PREMIER PHARMACY SERVICES, <br><br>       Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 17-1183 <br><br><br> Trial Date: None set |

## **UNOPPOSED MOTION FOR LEAVE TO FILE THE PROPOSED THIRD AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff-Relator Toby Travis hereby respectfully moves the court for leave to file a Third Amended Complaint (the "TAC"), a draft copy of which is attached hereto. The TAC removes certain allegations that Plaintiff-Relator does not intend to pursue and reorders certain of the remaining allegations. The amendment sought is not made for improper purpose or delay, and Defendants have not answered nor moved in response to the prior iterations of the complaint.

Counsel for Plaintiff-Relator has met and conferred with counsel for Defendants, provided them with a draft form of the TAC for their review, and Defendants do not oppose this motion.

Should this motion be granted, the parties shall file any responsive pleadings thereto in accordance with the Court's April 21, 2021 Scheduling Order (ECF No. 36).

DATED: June 9, 2021                               Respectfully submitted,

                                                           **THE WEISER LAW FIRM, P.C.**

                                                           /s/ Christopher L. Nelson
                                                           CHRISTOPHER L. NELSON
                                                           cln@weiserlawfirm.com
                                                           JAMES M. FICARO
                                                           jmf@weiserlawfirm.com
                                                           ROSS M. WOLFE
                                                           rmw@weiserlawfirm.com
                                                           Four Tower Bridge
                                                           200 Barr Harbor Drive, Suite 400
                                                           West Conshohocken, PA 19428
                                                           TEL: (610) 225-2677
                                                           FAX: (610) 408-8062

                                                           *Attorneys for Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.

/s/ Christopher L. Nelson
CHRISTOPHER L. NELSON
cln@weiserlawfirm.com
JAMES M. FICARO
jmf@weiserlawfirm.com
ROSS M. WOLFE
rmw@weiserlawfirm.com
22 CASSATT AVENUE
BERWYN, PA 19312
TEL: (610) 225-2677
FAX: (610) 408-8062

*Attorneys for Relator*
