IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel., et al. <br><br> v. <br><br> GILEAD SCIENCES, INC. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br><br> NO.: 17-cv-01183 |

## O R D E R

**AND NOW**, this **6TH** day of **AUGUST 2021**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Petrese B. Tucker, to the calendar of the Honorable Mark A. Kearney.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_Kate Barkman_
_____
**KATE BARKMAN**
**Clerk of Court**