# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.*, *ex rel*. **Toby Travis**<br><br>　　　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**GILEAD SCIENCE, INC.,** *et al*.<br><br>　　　　　　**Defendants.** | CIVIL ACTION NO. 17-1183 |

## ORDER

**AND NOW,** this 1st day of March 2024, upon consideration of the Special Master's R & R [Doc. No. 141], to which no objections have been filed, and pursuant to this Court's Order [Doc. No. 135], it is hereby **ORDERED** that the R & R is **APPROVED and ADOPTED**.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ **Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**