# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* *ex rel.* Toby Travis,<br><br>                    Plaintiff-Relator,<br><br>          v.<br><br>GILEAD SCIENCES, INC., *et al.*,<br><br>                    Defendants. | Civil Action No. 2:17-cv-01183-CMR |

**PLAINTIFF-RELATOR'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO THE MOTIONS FOR SUMMARY JUDGMENT AND TERMINATING SANCTIONS OF DEFENDANT, GILEAD SCIENCES, INC.**

Plaintiff-Relator, Toby Travis ("Relator"), respectfully submits this Motion for Leave to File a Supplemental Brief in Further Opposition to the Motions for Summary Judgment (ECF Nos. 266) and for Terminating Sanctions (ECF No. 207) of Defendant, Gilead Sciences, Inc. ("Gilead"). The proposed Supplemental Brief is attached hereto as Exhibit "A." Leave to file a supplemental brief may be granted when the Court deems it necessary and the brief would be helpful in resolving the matter at issue. Local R. Civ. P. 7.1(c); *McNiff v. Asset Mgt. Specialists, Inc.*, 337 F. Supp. 2d 685, 687 n.1 (E.D. Pa. 2004); *H.A.S. Protection, Inc. v. Senju Metal Industry Co.*, No. Civ. A. 03-1215, 2003 WL 23419852, at *1 n.1 (E.D. Pa. Dec. 12, 2003); *see also* ECF No. 129 (granting Gilead's motion for leave to file a supplemental response in further support of motion for judgment on the pleadings); *Doe v. Princeton Univ.*, No. CV 22-5887 (RK)(JTQ), 2025 WL 919672, at *5 (D.N.J. Mar. 25, 2025) (rejecting "new theory that [a party] failed to raise in its briefing"); *Millipore Corp. v. W.L. Gore & Assocs., Inc.*, No. CIVA. 11-1453 ES, 2011 WL 5513193, at *9 (D.N.J. Nov. 9, 2011) ("if raising a 'newly minted argument' is frowned upon in a reply brief, surely a 'newly minted argument' raised for the first time during oral argument is even more problematic").

Relator seeks leave to file a Supplemental Brief to address several incorrect statements that Gilead's counsel made in support of new arguments that it raised for the first time at the May 22, 2025 Hearing on Gilead's Motions for Summary Judgment and Terminating Sanctions ("Hearing"). As explained in the proposed Supplemental Brief, the pleadings, filings, and the record evidence in this matter contradict these statements, which are incorrect and were made for the first time at the Hearing. As Gilead did not make these incorrect statements or raise these new arguments in any of the papers filed in support of its Motions for Summary Judgment and

1

Motion for Terminating Sanctions—or in any of the other papers it has submitted in this case—these statements have not been addressed in any of Relator's previous briefs.

Thus, Relator respectfully requests that the Court grant leave to file the proposed Supplemental Brief, which would aid the Court in resolving the Motions and matters at issue.

| | |
|---|---|
| **MILLER SHAH LLP** | Dated:  June 5, 2025 |
| /s/ *James C. Shah* | |
| James C. Shah (PA ID 80337) | YOUMAN & CAPUTO, LLC |
| Natalie Finkelman (PA ID 57197) | David J. Caputo (PA ID 79317) |
| Bruce D. Parke (PA ID 89067) | John T. Crutchlow (PA ID 201736) |
| Alec J. Berin (PA ID 328071) | Two Logan Square |
| John C. Roberts (PA ID 322416) | 100-120 N. 18th Street, Suite 1925 |
| Christopher A. Miller (PA ID 334000) | Philadelphia, PA 19103 |
| 1845 Walnut Street, Suite 806 | Telephone: (215) 302-1999 |
| Philadelphia, PA 19103 | dcaputo@youmancaputo.com |
| Telephone: (866) 540-5505 | jcrutchlow@youmancaputo.com |
| Facsimile: (866) 300-7367 | |
| jcshah@millershah.com | THE WEISER LAW FIRM P.C. |
| nfinkelman@millershah.com | John J. Gross (PA ID 91687) |
| bdparke@millershah.com | Four Tower Bridge |
| jcroberts@millershah.com | 200 Barr Harbor Drive, Suite 400 |
| ajberin@milershah.com | West Conshohocken, PA 19428 |
| camiller@millershah.com | Telephone: (610) 225-2677 |
| | Facsimile: (610) 408-8062 |
| James E. Miller (PA ID 64280) | jjg@weiserlawfirm.com |
| MILLER SHAH LLP | |
| 65 Main Street | *Attorneys for Plaintiff-Relator Toby Travis* |
| Chester, CT 06412 | |
| Telephone: (860) 540-5505 | |
| Facsimile: (866) 300-7367 | |
| jemiller@millershah.com | |
| | |
| Nathan C. Zipperian (PA ID 202585) | |
| MILLER SHAH LLP | |
| 2103 N. Commerce Pkwy. | |
| Fort Lauderdale, FL 33326 | |
| Telephone: (866) 540-5505 | |
| Facsimile: (866) 300-7367 | |
| nczipperian@millershah.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, a copy of the foregoing document was filed and served on all counsel of record through the Court's CM/ECF notification system.

Dated: June 5, 2025                                                                /s/ *James C. Shah*
                                                                                                James C. Shah
                                                                                                Counsel for Plaintiff-Relator