IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.* <br> **Plaintiffs,** <br> v. <br> **GILEAD SCIENCES, INC** *et al.***,** <br> **Defendants.** | **CIVIL ACTION NO. 17-1183** |

### ORDER

**AND NOW,** this 11th day of September 2025, upon consideration of Defendant Gilead Sciences, Inc.'s Motion for Summary Judgment and Motion for Sanctions, and Plaintiff-Relator Toby Travis's Request for Judicial Notice, and the responses thereto, and for the reasons set forth in the accompanying opinion, it is hereby **ORDERED** that:

1. Plaintiff-Relator's Request for Judicial Notice [Doc. No. 307] is **GRANTED**.

2. Defendant's Motion for Summary Judgment [Doc. No. 240] is **GRANTED**.

3. Plaintiff-Relator's Motion to Seal [Doc. No. 210] is **GRANTED** as good cause has been shown.[1]

4. The following motions are **DISMISSED as moot**:

    a. Defendant's Motion for Sanctions [Doc. No. 203].

---

[1] Plaintiff-Relator moves to seal and/or redact certain declarations and exhibits in connection with briefing on Defendant's Motion for Terminating Sanctions. The information requested to be sealed in the Motion to Seal [Doc. No. 210] contains confidential and commercially sensitive information which is highly sensitive business information that may be sealed when public disclosure may put a party as a competitive disadvantage. *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662, 679 (3d Cir. 2019). In addition, Plaintiff-Relator has already filed narrowly redacted public versions of the documents on the docket. Plaintiff-Relator has shown good cause for sealing the requested information and the Motion to Seal [Doc. No. 210] will be granted.

    b. Plaintiff-Relator's Motion to Exclude Opinions and Testimony of Amy Ravi [Doc. No. 232].

    c. Plaintiff-Relator's Motion to Exclude Opinions and Testimony of Anupam B. Jena [Doc. No. 233].

    d. Defendant's Motion to Exclude Testimony of Virginia Evans [Doc. No. 235].

    e. Defendant's Motion to Exclude Testimony of Laura Denton [Doc. No. 236].

    f. Defendant's Motion to Exclude Testimony of Genevieve Kanter [Doc. No. 237].

    g. Defendant's Motion to Exclude Testimony of David Healy [Doc. No. 238].

    h. Defendant's Motion to Exclude Testimony of George Triadafilopoulos [Doc. No. 239].

    i. Defendant's Motion to Strike Dr. Kanter's Corrected Expert Report [Doc. No. 250].

    j. Defendant's Unredacted Motion to Strike Dr. Kanter's Corrected Expert Report [Doc. No. 252].

    k. Defendant's Unopposed Motion for Setting Briefing Deadlines [Doc. No. 273].

5. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

                                        **BY THE COURT:**

                                        /s/ Cynthia M. Rufe
                                        _____
                                        **CYNTHIA M. RUFE, J.**